UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIANNE L. DUNN,<br><br>　Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　Defendant. | Civil No. 6:23-CV-01171-AR<br><br><br>ORDER FOR REMAND |

It is hereby ORDERED and adjudged that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge (ALJ) will develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

IT IS SO ORDERED this 17th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1   ORDER - [6:23-CV-01171-AR]